92 A.3d 809

**LIBERTY MUTUAL INSURANCE COMPANY, as Subrogee of George Lawrence, Petitioner**

v.

**DOMTAR PAPER CO., Respondent**

v.

Commercial Net Lease Realty Services, Inc., and Commercial Net Lease Realty Trust, and Commercial Net Lease Realty, Inc., and National Retail Properties, Inc., and National Retail Properties Trust, Respondents.

Supreme Court of Pennsylvania.

May 29, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of May, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue as stated by petitioner is:

(1) Does Section 319 of the Pennsylvania Workers' Compensation Act, 77 P.S. § 671, allow the employer/insurer to step into the shoes of the insured employee to subrogate against the tortfeasor?